# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0114
Lower Tribunal No. 13-38303
_____

## The Yacht Club at Portofino Condominium Association, Inc.,
Appellant,

vs.

## Igor Ger,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Hamilton, Miller & Birthisel, LLP, and Bradley A. Silverman, Jerry D. Hamilton, and Shaun Quinn; Halpern Rodriguez, LLP, and Marc A. Halpern, Anouk M. Villegas, and Priscilla S. Zaldivar, for appellant.

Weil Law Firm, P.A., and Ronald P. Weil, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.